**Reinstated; Order filed March 19, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00811-CV

_____

## IN THE MATTER OF THE MARRIAGE OF APRIL A. DISHAW AND DONALD J. DISHAW, JR. AND IN THE INTEREST OF D.J.D., H.A.D., A.B.D., AND D.L.D., CHILDREN

**On Appeal from the 387th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-199176**

## ORDER

On February 6, 2014, the parties filed a joint motion asking that we abate the appeal for the trial court to make and file findings of fact and conclusions of law. In addition, the parties requested that we direct the trial court to conduct a hearing on appellant's formal bill of exceptions, which was not held earlier in part because this court ordered the parties to mediate the case. On March 17, 2015, the parties notified this court that the case has been settled.

Accordingly, we **ORDER** the appeal **REINSTATED** for consideration of the parties' joint motion to set aside the judgment and remand the case for entry of

a new judgment in accordance with the parties' settlement agreement. We withdraw the requests for the trial court to file findings of fact and conclusions of law and conduct a hearing on appellant's formal bill of exceptions. No supplemental clerk's record is required.


PER CURIAM